IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

| Courtroom Deputy: | LaDonne Bush | Date: January 15, 2009 |
|---|---|---|
| Court Reporter: | Paul Zuckerman | |
| Interpreters: | Susana Cahill | |
| | Melinda Gonzales-Hibner | |

Criminal Action No. 08-cr-00527-MSK

*Parties*:                                                                 *Counsel Appearing:*

UNITED STATES OF AMERICA,                           Gregory Rhodes

       Plaintiff,

v.

1. OMAR RASCON-OTERO,                                 Brian Holland

       Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

10:03 a.m.     Court in session.

Defendant is present and in custody.

Interpreters sworn.

**ORDER:**  Motion for Notice of Rule 404(b), 608 and 609 Evidence (Doc. 25) is granted with a disclosure deadline of January 23, 2009.

**ORDER:**  Motion for Order to Disclose Grand Jury Transcripts (Doc. 26) is granted. A proposed written order shall be tendered by the Government so that disclosure may be made by the deadline of January 23, 2009.

**ORDER:**  Motion for Disclosure of Recordings, Investigation Files, Court Records, Records of Government Witnesses, and Other Discovery (Doc. 27) is granted subject to the agreement of counsel.

| | |
|---|---|
| **ORDER:** | Motion for Notice of Intent to Offer Expert Testimony, for Report of Experts, and for Disclosure of Results and Methodologies (Doc. 28) is granted with a disclosure deadline of January 23, 2009. |
| **ORDER:** | Motion to Compel Decision Whether Government Will Call Confidential Informant as a Witness at Trial (Doc. 29) is granted subject to the stipulation of counsel. |
| **ORDER:** | Motion for an Extension of Time and for New Settings (Doc. 30) is denied as moot. |
| **ORDER:** | Motion to Suppress Statements (Doc. 31) is set for a two hour evidentiary hearing at 1:30 p.m. on Wednesday, February 4, 2009. |
| **ORDER:** | Motion to Suppress Evidence and Request for a *Franks* Hearing (Doc. 32) is denied as moot. |
| **ORDER:** | Motion to Extend Time to File Motions to Suppress, Additional Pretrial Motions and Responses, and Motion to Vacate Trial Date and Pretrial Motion Hearing Date (Doc. 24) is denied as moot. |
| 10:18 a.m. | Court in recess. |

Time: 00:15
Hearing concluded.